UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

OLD MASTERS CLEANERS, INC.,
Respondent.

**AFFIDAVIT OF SERVICE**
**08 Civ. 0360 (PKC)**

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NEW YORK   )

Michele Reid, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Brooklyn, New York 11203.

2. On January 24, 2008 I served the Respondent herein with a copy of the Order Scheduling Initial Pretrial Conference by causing a true copy of said Order addressed to the Respondent at 266 West 72nd Street, New York, New York 10023 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 9925 and regular mail.

_____Michele Reid_____
Michele Reid

Sworn to, before me, this
25th day of January 2008.

_____Sabrina Brooks_____

SABRINA BROOKS
Notary Public, State of New York
No. 01BR6152502
Qualified in Queens County,
Commission Expires 9/18/2010