UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

OLD MASTERS CLEANERS, INC.,
Respondent.

**AFFIDAVIT OF SERVICE**
**08 CIV. 0360 (PKC)**

STATE OF NEW YORK    )
                     ) ss.
County of New York   )

Sabrina Brooks, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2. On February 6, 2008, I served the Respondent herein with a copy of the Petition to Confirm Arbitration Award, Notice of Petition and Memorandum of Law in Support of Petition to Confirm Arbitration Award by causing a true copy of said Motion papers addressed to the Respondent at 266 W. 72nd Street, New York, New York 10023 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7006 2150 0000 7942 6054 and regular mail.

_____
Sabrina Brooks

Sworn to, before me, this 6th day of February 2008.

_____
Michele Reid

**MICHELE REID**
**Notary Public, State of New York**
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011