# ▲ UNITE HERE Fund Administrators

*An Affiliate of Amalgamated Life*

*UNITE HERE Fund Administrators, Inc.*

April 11, 2008

730 Broadway
New York, NY 10003-9511
212-539-5000
fax: 212-387-0710

**BY HAND AND VIA FACSIMILE (212) 805-7949**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*IPTC adjourned without date SO ORDERED [signature] USPJ 4-11-08*

Re: Laundry, Dry Cleaning and Allied Industries Health Fund, UNITE HERE!, et al. -v.- Old Masters Cleaners, Inc. – 08 CIV 360 (PKC)

Dear Judge Castel:

We are the attorneys for the petitioners in the above-referenced proceeding to confirm an arbitration award for delinquent employee benefit fund contributions.

On March 14, 2008, the Court issued its Order directing petitioners to supplement the petition to confirm the arbitration award ("the petition") by March 28, 2008 with a response by respondent due by April 4, 2008, petitioners' reply due by April 11, 2008, and if no response is served and filed, petitioners are to advise the Court, and the Court will adjudicate the petition on its merits. Pursuant to the Court's March 14, 2008 Order, petitioners filed the Supplemental Affidavit of David C. Sapp in support of the petition on March 28, 2008.

We are writing to advise the Court that respondent has not responded to the petition or to the Supplemental Affidavit, and to respectfully request that the Court adjudicate the petition on its merits.

In light of the foregoing and in the interests of judicial economy, petitioners respectfully request cancellation of the initial pretrial conference currently scheduled for April 18, 2008 at 10:30 a.m.

The Court's considerations are appreciated.

Respectfully submitted,

David C. Sapp (DS5781)

cc: Mr. Wilfredo Larancuent
Ms. Rose-Magallie Maitre
Old Masters Cleaners, Inc.

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/08

** TOTAL PAGE.02 **