AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES
between
Laundry, Dry Cleaning Workers and
Allied Industries Health Fund, UNITE HERE! and
Laundry, Dry Cleaning Workers and
Allied Industries Retirement Fund, UNITE HERE!,
Petitioners,
and
Old Masters Cleaners, Inc.,
Respondent.

**APPEARANCE**

Case Number: 08 CIV 0360 (PKC)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE!
Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE!

I certify that I am admitted to practice in this court.

4-22-08
Date

Signature

David C. Sapp, Esq.          DS 5781
Print Name                    Bar Number

730 Broadway
Address

New York         NY          10003-9511
City             State       Zip Code

(212) 539-5576              (212) 780-4125
Phone Number                Fax Number