UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Petitioners,

and

OLD MASTERS CLEANERS, INC.,
Respondent.

AFFIDAVIT OF SERVICE
08 CIV. 0360 (PKC)

STATE OF NEW YORK    )
                     ) ss.
County of New York   )

Sabrina Brooks, being duly sworn, deposes and says:

1.  I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2.  On April 23, 2008, I served the Respondent herein with a copy of the Notice of Appearance by David C. Sapp, Esq. by causing a true copy of said Motion papers addressed to the Respondent at 266 w. 72nd Street, New York, New York 10023 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 5244 and regular mail.

_____
Sabrina Brooks

Sworn to, before me, this 24th day of April 2008.

_____

**MICHELE REID**
**Notary Public, State of New York**
No. 01RE6159608
**Qualified in Kings County**
Commission Expires 01/22/2011