UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LAUNDRY, DRY CLEANING
WORKERS AND ALLIED
INDUSTRIES HEALTH FUND, UNITE
HERE! LAUNDRY, DRY CLEANING
WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND,
UNITE HERE!,

                                    Petitioner,                          08 Civ. 360 (PKC)

                -against-
                                                                          ORDER

OLD MASTERS CLEANERS, INC.
                        Respondent.
-------------------------------------------------------------x


P. KEVIN CASTEL, U.S.D.J.

        This is a petition to confirm an arbitration award.  Following a September 28

hearing at which the respondent did not appear, the sole arbitrator, duly appointed in

conformance with the provisions of a Collective Bargaining Agreement ("CBA") to which

the respondent Old Masters Cleaners, Inc was a party, issued an award, dated September 28,

2007, based upon a finding that respondent had failed to make required contributions to the

petitioner funds.

        The Petition annexes the arbitrator's findings and award.  Petitioner has since

filed an affidavit with the Court, annexing the CBA and evidence of respondent's agreement

to be bound by the CBA. It has also submitted the worksheet presented to the arbitrator.

        I conclude that this court has subject matter jurisdiction and personal

jurisdiction over the respondent.

        Respondent had notice of the hearing before the arbitrator and an opportunity

to be heard. The arbitrator's award is well-grounded in fact and law and follows the terms of

the CBA. The award is based upon respondent's delinquencies in funding from August 27,

2007 through September 28, 2007 ($518.40). Pre-award interest, liquidated damages, legal

fees and auditor's were calculated by the arbitrator in a manner consistent with the CBA.

The total award was $758.49. The award also directed full compliance with a subpoena. No

reason to deny the petition to confirm appears in this record. No answer or opposition has

been filed by the respondent. The award is confirmed.

Petitioner shall submit a proposed final judgment.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
April 25, 2008