UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and LAUNDRY, DRY CLEANING WORKERS AND ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,<br>　　　　　　　　　　　　Petitioners,<br><br>　　　　　　　　and<br><br>OLD MASTERS CLEANERS, INC.,<br>　　　　　　　　　　　　Respondent. | AFFIDAVIT OF SERVICE<br>08 CIV. 0360 (PKC) |

STATE OF NEW YORK　　　　)
　　　　　　　　　　　　　) ss.
County of New York　　　　 )

Sabrina Brooks, being duly sworn, deposes and says:

　　1.　　I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

　　2.　　On May 12, 2008, I served the Respondent herein with a copy of the Default Judgment, by causing a true copy of said Motion papers addressed to the Respondent at 266 W. 72nd Street, New York, New York 10023 to be delivered to the United States Postal Service at a Post Office within the State of New York for certified mailing, return receipt number 7007 1490 0000 4218 6135 and regular mail.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sabrina Brooks

Sworn to, before me this 12th day of May 2008.

_____
Michele Reid

**MICHELE REID**
Notary Public, State of New York
No. 01RE6159608
Qualified in Kings County
Commission Expires 01/22/2011